**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ARTISTIC INDUSTRIES, LLC, KNIGHT DISTRIBUTING CO., D/B/A/ REGENCY COSMETICS, LONGSTEM ORGANIZERS INC. and EZ-STEP MOBILITY, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., WAL-MART.COM USA, LLC, and THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "1",<br><br>Defendants. | ) | C.A. No. 24-1044-JLH |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants Walmart Inc. and Wal-Mart.com USA, LLC, (collectively "Walmart") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate that all claims against Walmart in the above-captioned action be dismissed with prejudice. Accordingly, the entire above-captioned action is hereby dismissed with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

*/s/ Scott M. Tucker*
Robert J. Kriner, Jr. (#2546)
Scott M. Tucker (#4925)
Chimicles, Schwartz, Kriner & Donaldson-Smith LLP
2711 Centerville Rd., Suite 201
Wilmington, DE 19808
(302) 656-2500
rjk@chimicles.com
smt@chimicles.com

*Attorneys for Plaintiffs*

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendants Walmart Inc. and Wal-Mart.com USA, LLC*

OF COUSEL:

Nicholas E. Chimicles
Kimberly M. Donaldson-Smith
Beena M. McDonald
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500

OF COUNSEL:

Ben Au
Orrick, Herrington & Sutcliffe LLP
631 Wilshire Blvd., Suite 2-c
Santa Monica, CA 90401
(310) 633-2836

Sheryl Garko
Mark Puzella
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street
Boston, MA 02116
(617) 880-1919

**IT IS SO ORDERED**, this 1st day of August, 2025

________________________________
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE